AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   --Abbey Cptl Futures Strategy | | None | K | T | | | | | |
| 3.   --AB Small Cap Grw Adv | A | Distribution | K | T | Buy (add'l) | 09/01/17 | J | | |
| 4.   --AMG Mngrs Silvercrest | A | Dividend | K | T | Sold (part) | 03/14/17 | J | A | |
| 5. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 6.   --Artisan Mid Cap Adv | | None | K | T | Buy | 09/01/17 | J | | |
| 7. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 8.   -- Artisan Mid Cap Value Fund | | None | K | T | Buy (add'l) | 09/01/17 | J | | |
| 9.   --Blackrock High Yield Bond Fund | A | Dividend | K | T | Sold (part) | 09/01/17 | K | | |
| 10.   --Blackstone Alt Mult-Strat | A | Dividend | K | T | Buy (add'l) | 09/01/17 | J | | |
| 11. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 12.   --Center Coast MLP Focus | | None | K | T | Buy (add'l) | 09/01/17 | J | | |
| 13. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 14.   --Columbia Select Lg Cp Growth Z- (formerly Columbia Select Large Cap | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 15. | | | | | Sold (part) | 03/14/17 | J | | |
| 16. | | | | | Sold | 09/01/17 | J | A | |
| 17.   --Columbia Select Large Cap Value Fund (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fundvantage Tr Polen Growth Institutional | A | Dividend | K | T | Sold (part) | 03/14/17 | J | A | |
| 19. --Janus Flexible Bond | A | Dividend | L | T | Buy (add'l) | 01/04/17 | J | | |
| 20. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 21. --Lazard Emerg Mkts Core | A | Dividend | K | T | Sold (part) | 03/14/17 | J | | |
| 22. --Matthews Asian Japan Inv | A | Dividend | J | T | | | | | |
| 23. --MFS Int'l Value | A | Dividend | K | T | | | | | |
| 24. --Oakmark I | A | Dividend | K | T | Sold (part) | 03/14/17 | J | | |
| 25. --Oakmark International I | A | Dividend | K | T | Sold (part) | 03/14/17 | J | A | |
| 26. -- Oppenheimer Int'l Growth Fund | A | Dividend | K | T | Sold (part) | 01/04/17 | J | | |
| 27. | | | | | Sold (part) | 03/14/17 | J | A | |
| 28. --Pimco Real Return | A | Dividend | J | T | Sold (part) | 09/01/17 | J | A | |
| 29. --Pimco Short Term | A | Dividend | K | T | | | | | |
| 30. --Powershares Dyn Lrg Cap | A | Dividend | K | T | Sold (part) | 09/01/17 | J | A | |
| 31. --Putnam Absolute Ret | A | Dividend | J | T | Sold (part) | 09/01/17 | J | A | |
| 32. --Putnam Equity Spectrum Y | | None | J | T | Buy | 09/01/17 | J | | |
| 33. --Riverpark/Wedgewood Inst | A | Dividend | K | T | Sold (part) | 03/14/17 | J | A | |
| 34. | | | | | Buy (add'l) | 12/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Virtus MultiSector Short Term Bond | A | Dividend | L | T | Buy (add'l) | 12/19/17 | J | | |
| 36. Wells Fargo Emerg Mrk | A | Dividend | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. IRA #2 | | | | | | | | | |
| 40. --AB Small Cap Grw Adv | A | Distribution | J | T | Buy (add'l) | 07/07/17 | J | | |
| 41. -- Artisan Midcap Value | | None | J | T | Buy (add'l) | 07/07/17 | J | | |
| 42. -- Aston/Montag & Caldwell Growth | | None | J | T | | | | | |
| 43. --Aston Silvercrest Small Cap | | None | J | T | Buy (add'l) | 07/07/17 | J | | |
| 44. -- Blackrock Equity Div. A | A | Dividend | J | T | | | | | |
| 45. --Blackrock Inflation Prot Bond | A | Dividend | J | T | | | | | |
| 46. -- Columbia Select LG CP Growth | A | Distribution | J | T | | | | | |
| 47. -- EV Income Fund of Boston | A | Dividend | J | T | Sold (part) | 07/07/17 | J | | |
| 48. -- Ivy Midcap Growth | A | Distribution | J | T | Buy (add'l) | 07/07/17 | J | | |
| 49. -- Lazard Emerging Markets Fund | | None | J | T | | | | | |
| 50. --Matthews Asian Japan Inv | A | Dividend | J | T | | | | | |
| 51. --MFS Int'l Value | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Oakmark I | A | Dividend | J | T | Sold (part) | 03/14/17 | J | A | |
| 53. -- Oppenheimer Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 54. -- Pimco Low Duration A | A | Dividend | J | T | | | | | |
| 55. --Pimco Short Term | A | Dividend | J | T | | | | | |
| 56. -- Virtus Insight Emerg Mkts | A | Dividend | J | T | | | | | |
| 57. -- Virtus MultiSect Short Term Bond | A | Dividend | J | T | | | | | |
| 58. -- Western Asset Core Plus Portfolio | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 61. --Allergan Plc | A | Dividend | J | T | | | | | |
| 62. -- Anadarko Pete (APC) | A | Dividend | J | T | | | | | |
| 63. -- Autodesk Inc. | | None | J | T | | | | | |
| 64. -- Biogen | | None | J | T | | | | | |
| 65. -- Broadcom Corp | A | Dividend | J | T | | | | | |
| 66. -- Citrix Systems Inc. | | None | J | T | | | | | |
| 67. -- Comcast Corp | A | Dividend | J | T | Sold (part) | 08/10/17 | J | B | |
| 68. -- Cree Research Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Discovery Communications | | None | J | T | | | | | |
| 70. -- Dolby Cla | | None | J | T | | | | | |
| 71. -- Fluor Corp | | None | J | T | | | | | |
| 72. -- Freeport McMoran | | None | J | T | | | | | |
| 73. -- Ionis Pharmaceuticals Inc | | None | J | T | | | | | |
| 74. --Johnson Ctls Intl Plc | | None | J | T | | | | | |
| 75. -- L-3 Technologies, Inc (formerly L-3 Commuications Holdings) | A | Dividend | J | T | | | | | |
| 76. --Liberty Interactive Corp (X) | | None | J | T | | | | | |
| 77. --Liberty Media C Ser C Siriusxm (X) | | None | J | T | | | | | |
| 78. --Medtronic PLC SHS | | None | J | T | | | | | |
| 79. -- National Oilwell Varco Inc. | A | Dividend | J | T | | | | | |
| 80. -- NOW Inc (Y) | | | | | | | | | |
| 81. --Nuance Communications Inc (X) | | None | J | T | | | | | |
| 82. -- Nucor Corp | A | Dividend | J | T | Sold (part) | 08/10/17 | J | A | |
| 83. -- Pentair Ltd | | None | J | T | | | | | |
| 84. --Powershares Dyn Lrg Cap | B | Dividend | M | T | Sold (part) | 08/10/17 | J | B | |
| 85. -- Seagate Technology, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- TE Connectivity Ltd | A | Dividend | J | T | | | | | |
| 87. --Twitter Inc (X) | | None | J | T | | | | | |
| 88. -- UnitedHealth Gp Inc | A | Dividend | J | T | | | | | |
| 89. -- Vertex Pharmaceuticals | | None | J | T | | | | | |
| 90. -- Weatherford Int'l Ltd | | None | J | T | | | | | |
| 91. --Western Digital Corporation (X) | | None | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 94. -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 95. -- Western Asset Managed Municipal | A | Dividend | J | T | Sold (part) | 12/18/17 | J | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In the 2016 Amended Report, Part VII, page 5, line 27, Columbia Select Large Cap Fund: this asset was listed incorrectly as one asset when, in fact, there were two assets owned with similar names, i.e. Columbia Select Large Cap Fund and Columbia Select Large Cap Value Fund. Accordingly, in the 2017 Report, the asset "Columbia Select Large Cap Value Fund" appears on line 16 with an "X."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544